UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHARLES WILLIAMS,

                Plaintiff,

                25-CV-05105 (JAV) (JW)

-v-

                ORDER

HIRE POINT, LLC and PARALLEL PRODUCTS LLC,

                Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated July 23, 2025, ECF No. 9, the parties were required to file a joint letter, the contents of which are described therein, by August 6, 2025. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 22, 2025**.

      SO ORDERED.

Dated: August 18, 2025
       New York, New York

                                  JEANNETTE A. VARGAS
                                  United States District Judge